United States District Court
Southern District of Texas
**ENTERED**
March 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| YVONNE DENA, § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 1:23-CV-00138 |
| ABILITY RECOVERY SERVICES, LLC, § § | |
| Defendant. § | |

### ORDER ON STIPULATION OF DISMISSAL

The Court is in receipt of the parties' "Agreed Stipulation of Dismissal." (Dkt. No. 22) in the above-captioned civil case. The parties informed the Court that the matters in controversy were resolved and stipulated that no execution for costs be issued. *See* Dkt. No. 22. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in the above-captioned lawsuit are **DISMISSED** with prejudice. The Clerk of Court is hereby **ORDERED** to close this case.

Signed on March 12, 2024.

_____
Rolando Olvera
United States District Judge

1 / 1